UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JAMA HALL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, et al.,<br><br>Defendants. | No. 2:14-cv-745-KJM-EFB PS<br><br><br><br>ORDER |

On May 5, 2015, the court screened plaintiff's original complaint. The complaint was dismissed, and plaintiff was granted 30 days to file an amended complaint. ECF No. 12. On June 1, 2015, plaintiff filed a motion for appointment of counsel and a request an extension of time to file an amended complaint and a motion to reconsider the May 5, 2015 screening order. *Id.* ECF No. 14.

28 U.S.C. § 1915(e)(1) authorizes the appointment of counsel to represent an indigent civil litigant in certain exceptional circumstances. *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991); *Wood v. Housewright*, 900 F.2d 1332, 1335–36 (9th Cir.1990); *Richards v. Harper*, 864 F.2d 85, 87 (9th Cir.1988). In considering whether exceptional circumstances exist, the court must evaluate (1) the plaintiff's likelihood of success on the merits; and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved.

*Terrell*, 935 F.2d at 1017.  The court cannot conclude that plaintiff's likelihood of success, the complexity of the issues, or the degree of plaintiff's ability to articulate his claims amount to exceptional circumstances justifying the appointment of counsel at this time.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's request for appointment of counsel is denied;

2. Plaintiff's request for an extension of time (ECF No. 14) is granted; and

3. Plaintiff shall file an amended complaint and his motion for reconsideration within thirty days from the date of service of this order.  The amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint."  Failure to timely file an amended complaint in accordance with the April 5, 2015 order will result in a recommendation that this action be dismissed.

DATED:  June 17, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE