UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JAMA HALL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, et al.,<br><br>Defendants. | No. 2:14-cv-00745-KJM-EFB<br><br><br><br>ORDER |

Plaintiff Anthony Hall is not represented by counsel in this case. On July 28, 2015, the magistrate judge assigned to this case issued findings and recommendations, which recommended dismissal after Hall did not timely file an amended complaint. ECF No. 16. These findings and recommendations were served by mail the same day they were issued. Hall was allowed fourteen days to object. *Id.* He did not file objections. The court adopted the magistrate judge's findings and recommendations in full on September 16, 2015, ECF No. 17, and judgment was entered on the same date, ECF No. 18.

On December 31, 2015, Hall moved to reopen the case. ECF No. 20. He explained that the U.S. Postal Service had not forwarded his mail after he changed his address on September 3, 2015. *Id.* at 7. The court denied his motion on February 16, 2016. ECF No. 21. The court found that because Hall did not change his address until September 3, 2015, the only

1

mail he could not have received as a result of a postal system failure was the court's order adopting the magistrate judge's findings and recommendations. *Id.* at 3. That is, he did not explain why he did not respond to the magistrate judge's findings and recommendations, which were filed and served by mail on July 28, 2015. *See id.*[1]

On February 29, 2016, Hall moved for reconsideration. ECF Nos. 22–25. In a memorandum and declaration filed in support of his motion, he reiterates his difficulties with the Postal Service and describes disputes related to his post office boxes. *See* Mem. 16, ECF No. 25; Hall Decl. ¶¶ 26–34. He does not address whether he received the magistrate judge's findings and recommendations or explain why he did not object to them.

The motion is DENIED. Similar requests for reconsideration filed in the future will be disregarded.

IT IS SO ORDERED.

DATED: March 9, 2016

_____
UNITED STATES DISTRICT JUDGE

---

[1] This order erroneously stated a "complaint" was served on Hall on May 6, 2015. *See id.* at 2:3. Rather, the magistrate judge's *minute order* at ECF No. 13 was served on Hall that day by mail.