UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JAMA HALL, et al., | No. 2:14-cv-00745-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, et al., | |
| Defendants. | |

As provided by the court's order issued March 9, 2016, ECF No. 26, plaintiff Anthony Hall's motion to set aside, ECF Nos. 27 & 29, is DISREGARDED.

IT IS SO ORDERED.

DATED: May 3, 2016

_____
UNITED STATES DISTRICT JUDGE